UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YASER MEHMOOD,<br><br>Plaintiff,<br><br>v.<br><br>NICOLE SOLANDER, et al.,<br><br>Defendants. | No. 2: 18-cv-2875 KJN P<br><br>ORDER AND FINDINGS AND RECOMMENDATIONS |

By an order filed March 13, 2019, this court granted plaintiff thirty days to file an amended complaint or return the forms necessary to effect service on defendants Solander, Chavez and Rodriguez. That thirty days period has since passed, and plaintiff has not responded in any way to the court's order.

Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court shall appoint a district judge to this action; and

IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Fed. R. Civ. P. 41(b).

These findings and recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Findings and

1

Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated: April 26, 2019

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Meh2875.fr
kc